# EXHIBIT 4

   

**METROPOLITAN POLICE DEPARTMENT**
Internal Affairs Bureau

## MEMORANDUM

**TO:** Executive Director
Corporate Support Bureau

**THRU:** Director
Human Resource Management Division

**ATTN:** Director
Disciplinary Review Branch

**SUBJECT:** Final Investigation Related to the Alleged Misconduct by Officer Jamal Robinson, First District, IS 13-003158, IAD # 13-321.

Your attention is invited to the attached investigative report, together with thirteen (13) attachments, submitted by Agent Michael Eames Sr. of the Internal Affairs Division (IAD). This investigation concerns allegations of misconduct by Officer Jamal Robinson.

On November 6, 2013, off duty Officer Jamal Robinson of the First District was confronted by Officers Scott Pinto, Maurice Clifford and Ryan Roe of the Narcotic Special Investigation Division (NSID), Gun Recovery Unit (GRU) while working the 1500-2330 tour of duty. The GRU were tasked with conducting Gun Interdiction in the 5500 block of C Street, Southeast.

Subsequently, Officers Pinto, Clifford and Roe encountered, unknown to them, off duty Officer Robinson after conducting a traffic stop on a parked vehicle regarding a tint window violation. Officer Robinson was given several directives and failed to comply with the on duty officers commands. Officer Robinson also used profanity towards the officers during the handcuffing phase of the encounter. Officer Robinson was detained for the period of identification and released after the scene was made safe.

Officer Robinson has admitted that the on duty officer's directives shall be complied with and that he use profanity towards the on duty officers after being handcuffed.

It is the recommendation of the Internal Affairs Division that the facts and circumstances surrounding this investigation regarding the allegation of Officer Misconduct, by **Officer Jamal Robinson**, specifically when approached by members of the NSID, GRU, on November 6, 2013, he failed to identify himself as a member of MPD prior to advising on duty officers that he was armed with a weapon be classified as **SUSTAINED**.

It is also the recommendation of the Internal Affairs Division that the facts and circumstances surrounding this investigation regarding the allegation of Officer

Misconduct, Orders and Directives by **Officer Jamal Robinson**, specifically that he used profanity towards on duty MPD Officers Pinto, Clifford and Roe after being stopped on November 6, 2013, be classified as **SUSTAINED**.

I have reviewed the investigative actions, evidence, witness statements and findings in the attached report and **CONCUR** with Agent Eames's findings and recommendations.

Should you agree with Agent Michael Eames Sr. recommendation and believe that disciplinary action is warranted in this matter, the deliberations with the findings and recommendations shall be issued to Officer Jamal Robinson no later than **March 19, 2014.** These procedures will preserve the Department's disciplinary rights under the Fire and Police Disciplinary Procedure Act of 2004.

Michael L. Anzallo
Assistant Chief of Police