# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

+ + + + +

---------------------------------
                                :
**IN THE MATTER OF:**           :
                                :
**JAMAL B. ROBINSON,**          :
                                :
          **Plaintiff,**        :
                                :
    **v.**                      :   C.A. No.
                                :   15-100 (RJL)
**DISTRICT OF COLUMBIA, et al.**:
                                :
          **Defendant.**        :
                                :
---------------------------------:

**Thursday,**
**March 15, 2018**

**Washington, D.C.**

**DEPOSITION OF:**

**OFFICER MAURICE CLIFFORD**

called for examination by Counsel for the Defendant, pursuant to Notice of Deposition, in the Office of the Attorney General for the District of Columbia, located at One Judiciary Square, 441 4th Street NW, Washington, DC, when were present on behalf of the respective parties:

Page 8

1  assaulting me, claimed that I used excessive
2  force in arresting him.  And that was dismissed.
3      Q    But you were the defendant in that
4  case?
5      A    I was and I was exonerated.
6      Q    Okay.  You were --
7      A    So that went to trial and it was --
8  their case was dismissed.
9      Q    Okay. What year did the incident take
10 place?
11     A    2005.
12     Q    Okay. Who was the plaintiff, the
13 person that said that they were injured?
14     A    Jared Wells.
15     Q    W-e-l-l-s?
16     A    I guess so.
17     Q    Jared Wells, okay.  So you were
18 accused of using excessive force then?
19          MR. GUEST:  Objection.
20          BY MR. SHABAZZ:
21     Q    A lawsuit was filed against you for
22 using excessive force.

Page 9

1      A    And it went to trial and I was
2  acquitted.
3      Q    I just asked you
4      A    That's what it was for,
5      Q    Okay.  So you're familiar with these
6  proceedings; aren't you?
7      A    Yes, sir.
8      Q    All right.  Okay, now is there
9  anything that would inhibit you from testifying
10 here today -- any medication or anything that
11 would cloud your memory or impair you from
12 effectively speaking and communicating with me
13 today?
14     A    No.
15     Q    Okay.  Just so we can get our
16 communication right, if I ask a question I want
17 to make sure you understand the question, so I
18 would like you to wait 'til I ask the question
19 and then respond.
20          If at some point you don't hear or
21 can't understand what I'm asking, then it's
22 perfectly okay to ask me to ask -- to clarify my

Page 10

1  question or to ask it again.
2          If you need a break at some point,
3  it's okay. Speak with your counsel.  However, if
4  I'm in the middle of a question and you take a
5  break, I would prefer that the question be
6  answered before you take a break with your
7  attorney, Mr. Guest.
8          Is that clear?
9      A    Yes, sir.
10     Q    Okay. Let me ask you this, what is --
11 can you tell me the significance -- can you tell
12 me the meaning of the tattoos on your arm?
13         MR. GUEST:  Objection, relevance.
14     A    This one is St. Michael, who is the
15 patron saint of police officers.
16         BY MR. SHABAZZ:
17     Q    I've never heard of St. Michael.  Tell
18 me the origin of St. Michael --
19         MR. GUEST:  Objection, relevance.
20     Q    -- being the patron saint of police
21 officers.
22     A    Patron saint -- St. Michael is the

Page 11

1  patron saint of police officers and armed service
2  members.
3      Q    Okay, what is the origin of that.
4          MR. GUEST:  Objection, relevance.
5      A    It emanates -- issues from the Bible
6  and as, you know, throughout history, certain
7  saints have been assigned to certain professions,
8  and St. Michael is the patron saint of police
9  officers and so it's more of a good luck and
10 protection in the line of work that I have.
11         BY MR. SHABAZZ:
12     Q    Do you get that like when you start,
13 you know, employment with the police department?
14 How do you come about --
15     A    No, I chose to do this on my own.
16     Q    After you started working?
17     A    Yes, sir.
18     Q    Okay, now that's the one on your left
19 forearm; right?
20     A    Yes, sir.
21     Q    Okay.  What about the one on your left
22 bicep, what's that?

Page 12

1   A   Just something I like.
2   Q   Just something you like. What is it?
3       MR. GUEST: Objection.
4   Q   What is it?
5   A   It's a dragon.
6   Q   Does it have any organizational
7   significance?
8   A   No.
9       MR. GUEST: Objection.
10      BY MR. SHABAZZ:
11  Q   Okay. What about on your right bicep?
12  A   It's a design.
13  Q   What kind of design?
14      MR. GUEST: Objection.
15  A   Flame.
16      BY MR. SHABAZZ:
17  Q   Okay. I see skull and cross bones
18  here on the inside of your left -- no, strike
19  that, let me go back. You said it's what on your
20  right outer bicep?
21  A   They're flames.
22  Q   Flames. Have any significance?

Page 13

1   A   No, they don't.
2   Q   Okay. Now on the inside, I think you
3   have a skull and cross bone; am I right?
4       MR. GUEST: Objection.
5   A   Yes, I do.
6       BY MR. SHABAZZ:
7   Q   Okay. Tell me about that, skull and
8   cross bones, what does that mean?
9   A   My friend who is an artist draws
10  skulls and I like the symbol.
11  Q   Okay. How long have you had that on?
12      MR. GUEST: Objection.
13  A   Probably a year.
14      BY MR. SHABAZZ:
15  Q   Okay. Are you a member of any
16  organizations outside of the -- any
17  organizations?
18      MR. GUEST: Objection to form.
19  A   I'm a member of the union.
20      BY MR. SHABAZZ:
21  Q   Police union?
22  A   Yes, sir.

Page 14

1   Q   Any other social, political
2   organizations?
3   A   No, sir.
4       MR. GUEST: Objection.
5       BY MR. SHABAZZ:
6   Q   Are you a member of any white
7   supremacy organization?
8       MR. GUEST: Objection.
9   A   No.
10      BY MR. SHABAZZ:
11  Q   Have you ever been affiliated with any
12  white supremacist type organizations?
13      MR. GUEST: Objection.
14  A   No, I'm an African-American, so no.
15  Q   Not what?
16  A   I'm an African-American, so no.
17  Q   Okay. How long have you been with the
18  Metropolitan Police Department?
19  A   On May 6th of this year, it will be 16
20  years.
21  Q   Sixteen years. In the last 10 years,
22  have you had any citizen's complaint filed

Page 15

1   against you?
2       MR. GUEST: Objection, relevance.
3   A   Yes, I have.
4       BY MR. SHABAZZ:
5   Q   Okay. Would you -- roughly how many?
6       MR. GUEST: Objection.
7   A   I don't recall the exact number.
8       BY MR. SHABAZZ:
9   Q   Roughly how many?
10  A   I'd say probably five.
11  Q   About five? Do you recall what those
12  complaints alleged?
13      MR. GUEST: Objection, relevance.
14  A   Not the specifics of each one. I was
15  cleared on all of them.
16      BY MR. SHABAZZ:
17  Q   Okay. So you remember being cleared
18  on all of them; right?
19  A   That's correct.
20  Q   Okay. So what was -- let's start with
21  one of them. What was -- the ones you remember
22  what they were about since you know they were